UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUDY J. AMES,

    Plaintiff,

v.                                                                   Case No.  8:07-cv-698-T-24-TGW

VERIZON DATA SERVICES, INC.,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court on the parties' Joint Motion to Extend Deadlines in the Case Management and Scheduling Order and to Continue the Final Pretrial Conference and Trial.  (Doc. No. 7.)  Having considered the motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that the instant motion is **GRANTED**.  This Court's previously entered Case Management and Scheduling Order (Doc. No. 5) will be amended as follows:

    (1)    Discovery due by April 30, 2008;

    (2)    Mediation to be held on or before May 14, 2008;

    (3)    Dispositive motions due by June 2, 2008;

    (4)    Pretrial Conference set for September 9, 2008;

    (5)    Trial set on the Court's October 2008 trial calendar.

The Court will enter an amended case management and scheduling order reflecting the date changes included herein.

**DONE AND ORDERED** in Tampa Florida, this 30th day of January, 2008.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge